**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EMILIANO Z.,** | § | |
|     *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 1:21-CV-00562-RP** |
| **HAYS COUNTY JUVENILE DETENTION** | § | |
| **CENTER and BRETT LITTLEJOHN,** | § | |
| **in his official capacity,** | § | |
|     *Defendants*. | § | |

## DEFENDANTS' ADVISORY TO THE COURT REGARDING PRE-TRIAL FILINGS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE ROBERT L. PITMAN:

Defendants Hays County Juvenile Detention Center ("HCJC") and Brett Littlejohn, in his official capacity ("Littlejohn"), (collectively "Defendants") hereby file this Advisory to the Court.

1.    Based on the Court's Order dated March 8, 2024 (Doc. 79), Defense Counsel calculated that, pursuant to Local Rule CV-16(f)(1)-(10), pre-trial filings were due on May 2, 2024.

2.    On the afternoon of May 1, 2024, the Court issued an Order (Doc. 80), that moved the final pre-trial hearing from May 16, 2024 to May 15, 2024, which made all the pre-trial filings due on May 1, 2024.

3.    Defense Counsel reached out to the Court upon receipt of the Court's Order (Doc. 80) to determine whether or not the deadline had changed; however, the undersigned was unsuccessful in determining from the Court whether the deadline for pre-trial filings had changed.

4.    Without confirmation from the Court that the pre-trial deadline changed based on the Court's new order, Defendants are filing their Local Rule CV-16(f)(1)-(10) filings on the original due date, May 2, 2024.

Respectfully submitted,

**MCGINNIS LOCHRIDGE LLP**
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (facsimile)
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com

By:   */s/ Michael Shaunessy*
          MICHAEL SHAUNESSY
          State Bar No. 18134550
          IAN M. DAVIS
          State Bar No. 24120793

*Attorneys for Defendants Hays County Juvenile Detention Center and Brett Littlejohn, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 2nd day of May, 2024, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system and that the CM/ECF system will provide service of such filing via Notice of Electronic Filing to the following parties:

Jordan McKnight
ATTORNEY AT LAW
P. O. Box 664
Little Elm, Texas 75068
jordanmcknightlaw@gmail.com
*Attorneys for Plaintiff Emiliano Z.*

*/s/ Michael Shaunessy*
MICHAEL SHAUNESSY