**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EMILIANO Z.,** | § | |
|     *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 1:21-CV-00562-RP** |
| **HAYS COUNTY JUVENILE DETENTION** | § | |
| **CENTER and BRETT LITTLEJOHN,** | § | |
| **in his official capacity,** | § | |
|     *Defendants*. | § | |

<u>**JOINT ADVISORY REGARDING SETTLEMENT**</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ROBERT PITMAN:

Plaintiff Emiliano Z. ("Plaintiff") and Defendants Hays County Juvenile Detention Center and Brett Littlejohn, in his official capacity (collectively "Defendants") file this Joint Advisory Regarding Settlement.

1.    The parties to the above captioned lawsuit have reached a settlement of all claims against Defendants Hays County Juvenile Detention Center and Brett Littlejohn, in his official capacity, that have been asserted in this matter.

2.    The parties anticipate filing a stipulation of dismissal within thirty (30) days.

3.    Based upon the settlement reached, the parties request that all pending scheduling order deadlines, the pre-trial setting, and jury trial setting be vacated.

**3614575.v2**

Respectfully submitted,

**JORDAN MCKNIGHT**
P. O. Box 664
Little Elm, Texas 75068
903.271.4696 (telephone)
972.408.3432 (telecopier)
jordanmcknightlaw@gmail.com


By:     */s/ Jordan McKnight*
        JORDAN MCKNIGHT
        State Bar No. 24075586

*Attorneys for Plaintiff Emiliano Z.*

**MCGINNIS LOCHRIDGE LLP**
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (facsimile)
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com


By:     */s/ Michael Shaunessy*
        MICHAEL SHAUNESSY
        State Bar No. 18134550
        IAN M. DAVIS
        State Bar No. 24120793

*Attorneys for Defendants Hays County Juvenile Detention
Center and Brett Littlejohn, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of May, 2024, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system and that the CM/ECF system will provide service of such filing via Notice of Electronic Filing to the following parties:

Jordan McKnight
ATTORNEY AT LAW
P. O. Box 664
Little Elm, Texas 75068
jordanmcknightlaw@gmail.com
*Attorneys for Plaintiff Emiliano Z.*


*/s/ Michael Shaunessy*
MICHAEL SHAUNESSY