**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EMILIANO Z.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **HAYS COUNTY JUVENILE** | § | **CIVIL ACTION No. 1:21-cv-00562** |
| **DETENTION CENTER** | § | |
| **AND BRETT LITTLEJOHN** | § | |
| **in his official capacity** | § | |
| **Defendants,** | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ROBERT PITMAN:

NOW COMES, Plaintiff Emiliano Z. and Defendants Hays County Juvenile Detention Center and Brett Littlejohn, in his official capacity, and file this Agreed Motion to Dismiss with Prejudice. The parties jointly move the Court to dismiss, with prejudice, all of the claims and actions Plaintiff has brought against Defendants Hays County Juvenile Detention Center and Brett Littlejohn in this suit, and as grounds therefore would respectfully show unto the Court that Plaintiff no longer desires to proceed with these causes of action against Defendants as the parties hereto have agreed upon a settlement of all causes of action herein, under the terms of a Settlement Agreement.

WHEREFORE, PREMISES CONSIDERED, the parties pray that this matter be dismissed with prejudice, and that each party bear their own costs of court, fees, and expenses.

Respectfully submitted,

By:   */s/ Jordan McKnight*

**JORDAN MCKNIGHT**
State Bar No. 24075586
    P.O. Box 664
    Little Elm, Texas 75068
    Telephone: (903) 271-4696
E-Mail: jordanmcknight@gmail.com

**ATTORNEY FOR PLAINTIFF**

**MᴄGɪɴɴɪꜱ Lᴏᴄʜʀɪᴅɢᴇ LLP**
1111 West 6ᵗʰ Street, Bldg. B, Ste. 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (telecopier)
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com

By: */s/ Michael Shaunessy*
Michael Shaunessy
State Bar No. 18134550
Ian Davis
State Bar No. 24120793

*Attorneys for Defendants Hays County Juvenile Detention Center and Brett Littlejohn, in his official capacity*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing *Agreed Motion to Dismiss with Prejudice* has been served on counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 1st day of July, 2024:

        */s/Jordan A. McKnight*
        Jordan A. McKnight